**Order entered January 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00572-CR

**LARRY BUDOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MA16-45409-k**

## ORDER

On May 25, 2016, two volumes of the clerk's record were filed, bearing incorrect trial court numbers. On May 31, 2016, two volumes of the corrected clerk's record were filed. We **STRIKE** the two volumes of clerk's record filed May 25, 2016.

/s/    LANA MYERS
        JUSTICE